## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **DAVID K. VANCO, individually, and derivatively on behalf of CHICAGO FLAMEPROOF AND WOOD SPECIALTIES, CORP.,** | ) ) ) ) | |
| | ) | **Case No. 19-cv-6132** |
| **Plaintiff,** | ) ) | **Honorable Joan H. Lefkow** |
| **v.** | ) | |
| | ) | |
| **VINCENT MANCINI, MADDY ROSSOBILLO, individuals; CHICAGO FLAMEPROOF AND WOOD SPECIALTIES CORP., NORTHERN ILLINOIS LUMBER SPECIALTIES CORP. & MADISON MONTGOMERY, L.L.C.,** | ) ) ) ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## CERTAIN DEFENDANTS' MOTION TO DISMISS

Defendants Vincent Mancini and Maddy Rossobillo move this Honorable Court to dismiss Plaintiff David K. Vanco's second amended complaint. In support, Defendants file contemporaneously herewith and incorporate by reference herein their Memorandum of Law in Support of Their Motion to Dismiss.

WHEREFORE, Defendants Vincent Mancini and Maddy Rossobillo respectfully request that the Court enter an Order dismissing Plaintiff David K. Vanco's second amended complaint with prejudice, and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

**VINCENT MANCINI
and MADDY ROSSOBILLO**

By: _/s/ Patrick G. Cooke_
   One of their attorneys

2

Patrick G. Cooke, Esq. (ARDC #6229059)
Edward J. Keating, Esq. (ARDC #6330220)
Swanson, Martin & Bell, LLP
330 North Wabash Avenue, Suite 3300
Chicago, Illinois  60611
(312) 321-9100
(312) 321-0990 – Fax
pcooke@smbtrials.com
ekeating@smbtrials.com

## NOTICE OF FILING / CERTIFICATE OF SERVICE

I hereby certify that on **July 2, 2020**, I electronically filed the foregoing with the Court

using the CM/ECF filing system, which will automatically serve copies upon all counsel of record,

including:

> Timothy M. Johnston, Esq.
> Michael A. Goldberg, Esq.
> Robert J. Tomei, Jr., Esq.
> Johnston Tomei Lenczycki & Goldberg, LLC
> 350 North Milwaukee Avenue, Suite 202
> Libertyville, Illinois  60048
> tim@lawjtlg.com
> mike@lawjtlg.com
> rob@lawjtlg.com
>
> William J. Arendt, Esq.
> William J. Arendt & Associates, PC
> 7035 Veterans Boulevard, Suite A
> Burr Ridge, Illinois  60527
> William.arendt@wjarendtlaw.com

Under penalties as provided by law, the undersigned certifies that the statements set forth herein
are true and correct.



_/s/  Patrick G. Cooke_